*Rule 5 Documents*                                    *15CR-707-UA-4*



| | | |
|---|---|---|
| efile_information@casd.uscourts.gov<br>02/05/2016 03:17 PM | To | efile_information@casd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 3:16-mj-00186-MDD USA v. Garcia Notice to Receiving District of MJ Case Removal FORM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of California

> FILED
> CLERK, U.S. DISTRICT COURT
> FEB - 5 2016
> CENTRAL DISTRICT OF CALIFORNIA
> BY              DEPUTY

### Notice of Electronic Filing

The following transaction was entered on 2/5/2016 at 3:17 PM PST and filed on 2/5/2016
**Case Name:**     USA v. Garcia
**Case Number:**    3:16-mj-00186-MDD
**Filer:**
**Document Number:**   11(No document attached)

Docket Text:
**NOTICE to Receiving District: (Central District of California), of Case Removal, as to David Lorenzo Garcia, Jr. The following documents are available on the public docket: [10] Warrant of Removal Issued, [1] Out of District Complaint, [8] Order Setting Conditions of Release, [6] Notice of Attorney Appearance - Defendant, [9] Waiver of Rule 5 Hearings. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (acc)**

**3:16-mj-00186-MDD-1 Notice has been electronically mailed to:**

U S Attorney CR     Efile.dkt.gc2@usdoj.gov

Bridget Kennedy     bridget_kennedy@fd.org, Irene_Wollenman@fd.org, crystal_welch@fd.org,

margarita_gonzales@fd.org

**3:16-mj-00186-MDD-1 Electronically filed documents must be served conventionally by the filer to:**

## U.S. District Court
### Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:16-mj-00186-MDD All Defendants

Case title: USA v. Garcia

Date Filed: 01/21/2016
Date Terminated: 02/05/2016

Assigned to: Magistrate Judge Mitchell D. Dembin

### Defendant (1)

**David Lorenzo Garcia, Jr.**
*TERMINATED: 02/05/2016*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 01/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Bridget Kennedy**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
(619)234-8467
Fax: (619)687-2666
Email: bridget_kennedy@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)

| **Complaints** | **Disposition** |
|---|---|
| 21:846; 841(a)(1); 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine; Distribution and Possession with the Intent to Distribute Methamphetamine | |

**Plaintiff**

USA           represented by    **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2016 | | Arrest of David Lorenzo Garcia, Jr (no document attached) (cge) (Entered: 01/21/2016) |
| 01/21/2016 | 1 | OUT OF DISTRICT COMPLAINT as to David Lorenzo Garcia, Jr. (Attachments: # 1 Information Sheet)(cge) (Main Document 1 replaced on 1/21/2016) (cge). (Entered: 01/21/2016) |
| 01/21/2016 | 2 | Set/Reset Duty Hearings as to David Lorenzo Garcia, Jr: Initial Appearance - ODC set for 1/21/2016 before Magistrate Judge Mitchell D. Dembin. (no document attached) (tkl) (Entered: 01/21/2016) |
| 01/21/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge Mitchell D. Dembin: Initial Appearance - Out of District Complaint as to David Lorenzo Garcia, Jr held on 1/21/2016. Federal Defenders appointed for David Lorenzo Garcia, Jr as counsel. Government oral motion to detain due to risk of flight. Bond set as to David Lorenzo Garcia Jr. (1) No Bail. Detention Hearing (flight) set for 1/25/2016 at 2:00PM before Magistrate Judge Mitchell D. Dembin. Removal/ID Hearing set for 2/4/2016 at 1:30PM before Magistrate Judge Mitchell D. Dembin. (CD# 1/21/2016 MDD 16:2:21-2:26). (Plaintiff Attorney Renee Green, AUSA). (Defendant Attorney Ryan Fraser, FD-S/A). (no document attached) (cge) (Entered: 01/22/2016) |
| 01/21/2016 | 4 | Oral MOTION to Detain (flight)by USA as to David Lorenzo Garcia, Jr. (no document attached) (cge) (Entered: 01/22/2016) |
| 01/21/2016 | 5 | ***English. No Interpreter needed as to David Lorenzo Garcia, Jr (no document attached) (cge) (Entered: 01/22/2016) |
| 01/25/2016 | 6 | NOTICE OF ATTORNEY APPEARANCE: Bridget Kennedy appearing for David Lorenzo Garcia, Jr (Kennedy, Bridget)Attorney Bridget Kennedy added to party David Lorenzo Garcia, Jr(pty:dft) (fth). (Entered: 01/25/2016) |

| | | |
|---|---|---|
| 01/25/2016 | | Minute Entry for proceedings held before Magistrate Judge Mitchell D. Dembin: The defendant admits to being the person charged in the Indictment in the Central District of California. Waiver of Identity Hearing filed. Defendant arraigned on Indictment filed in the Central District of California. Not Guilty Plea Entered. Detention Hearing as to David Lorenzo Garcia, Jr held on 1/25/2016. The Court Denies the 4 Motion to Detain as to David Lorenzo Garcia Jr. Bond set at O/R bond. Defendant is to remain in custody until bed space is available at an in-patient drug treatment program approved by Pretrial Services. (CD# 1/25/2016 MDD:2:04-2:05;2:33-2:52). (Plaintiff Attorney Alicia Williams, AUSA). (Defendant Attorney Bridget Kennedy, FD). (PTSO Vanessa Andrews).(no document attached) (cap) (Entered: 01/26/2016) |
| 01/25/2016 | 8 | ORDER Setting Conditions of Release. Bond set for David Lorenzo Garcia Jr. (1) O/R.. Signed by Magistrate Judge Mitchell D. Dembin on 1/25/2016. (fth) (Entered: 01/26/2016) |
| 01/25/2016 | 9 | WAIVER of Rule 5 & 5.1 Hearings by David Lorenzo Garcia, Jr (fth) (Entered: 01/26/2016) |
| 02/05/2016 | 10 | WARRANT of Removal to District of California (Central District) Issued as to David Lorenzo Garcia, Jr. (acc) (Entered: 02/05/2016) |
| 02/05/2016 | 11 | NOTICE to Receiving District: **(Central District of California)**, of Case Removal, as to David Lorenzo Garcia, Jr. The following documents are available on the public docket: 10 Warrant of Removal Issued, 1 Out of District Complaint, 8 Order Setting Conditions of Release, 6 Notice of Attorney Appearance - Defendant, 9 Waiver of Rule 5 Hearings. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (acc) (Entered: 02/05/2016) |