FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 15-cr-707-4 |
| v. | |
| David Garcia | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Chad Nardiello__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__2/12/16__
Date

__[signature]__
Defendant's Signature

__Los Angeles, CA__
City and State

## APPEARANCE OF COUNSEL

I, __Chad Nardiello__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__2/12/16__
Date

__[signature]__
Attorney's Signature

__224837__
California State Bar Number

__1875 Century Park E., St 700__
Street Address

__Los Angeles, CA 90067__
City, State, Zip Code

__(310) 284-3157__      __(310) 284-3158__
Telephone Number        Fax Number

__chad@nardiellolaw.com__
E-mail Address

CR-14 (01/07)            DESIGNATION AND APPEARANCE OF COUNSEL