*United States Pretrial Services*

United States District Court
Central District of California

| | |
|---|---|
| George M. Walker<br>Chief U.S. Pretrial Services Officer | Jill F. McClain<br>Deputy Chief U.S. Pretrial Services Officer |

February 16, 2016



FILED
CLERK, U.S. DISTRICT COURT

FEB 1 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

United States District Court
312 N. Spring St. Rm 754
Los Angeles, California 90012

                Re:    Release Order Authorization
                      Defendant: Garcia, David L.
                      Docket #:   2:15CR 00707

To Whom It May Concern:

On January 25, 2016 the defendant's bond was set by the Honorable Mitchell Dembin from the Southern District of California. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY**.

Please be advised that suitable placement has been made available for the defendant at Phoenix House.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

                                            Sincerely,

                                            Shakira Davis  *Digitally signed by Shakira Davis*
                                                           Date: 2016.02.16 16:31:49 -08'00'

                                            Shakira M. Davis
                                            U.S. Pretrial Services Officer
                                            213-894-8211