# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR CR15-0707 -R |
| v. | | |
| DAVID LORENZO GARCIA, JR. | | **WARRANT FOR ARREST** |
| 51919-298 | Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest   DAVID LORENZO GARCIA, JR.

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Conspiracy to Distribute Methamphetamine;
Distribution and Possession with Intent to Distribute Methamphetamine;

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 5 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
16 JAN -4 PM 12:55

in violation of the following Title, United States Code, Section(s)
21 U.S.C. § 846:
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii):

| Kiry K. Gray | December 22, 2015   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY:   KAREN L. STEVENSON |
| /s/ Marilyn Davis | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED ON: 1/20/16
WITHIN: DISTRICT OF CA
BY: US DHS

DATE RECEIVED

DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

NAME OF ARRESTING OFFICER

TITLE

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR – 12 (07/04)                                           PAGE 1 OF 2