**NO FURTHER DELAY**

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI (Cal. Bar No. 243680)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0917
     Facsimile:  (213) 894-0142
     E-mail:  Daffodil Tyminski@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-707-R |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DAVID LORENZO GARCIA, | |
| Defendant. | |

For the reasons set forth in the parties' stipulation to continue sentencing, filed on July 27, 2016, the Court hereby continues the sentencing in this matter to **August 22, 2016, at 10:00 a.m.**

Dated:  July 28, 2016

_____
HONORABLE MANUEL L. REAL
United States District Judge

CC: USPO; PSA-LA