UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>David L. Garcia,<br><br>        Defendant. | No. 2:15-CR-00707-R<br><br>ORDER REFERRING DEFENDANT TO CASA PROGRAM JUDICIAL OFFICER |

Defendant being under consideration for participation in the Conviction And Sentence Alternatives ("CASA") program, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. As to defendant, this case is referred to the Honorable Josephine L. Staton, a CASA Program Judicial Officer, for all purposes, subject to a final determination that defendant is selected for participation in the CASA program.

2. The previously set sentencing date and order requiring preparation of a Presentence Investigation Report are vacated.

3. If defendant is not selected for participation in the CASA program, this case shall be returned to this court for all further proceedings.

DATED: August 17, 2016

_____
Manuel L. Real
United States District Judge