```
EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANN LUOTTO WOLF (Cal. Bar No. 137163)
Assistant United States Attorney
Santa Ana Branch Office
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California  92701
     Telephone: (714) 338-3533
     Facsimile: (714) 338-3561
     E-mail:    ann.wolf@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-00707-R-JLS-4 |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF APPEARANCE BY ELECTRONIC FILING |
| v. | |
| DAVID LORENZO GARCIA, JR., | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Criminal Division of the Department of Justice, respectfully submits the Notice of Appearance for the following additional attorney by electronic filing:

| | Name | E-mail Address |
|---|---|---|
| **Additional Assigned AUSA** | ANN LUOTTO WOLF | ann.wolf@usdoj.gov |

1 Please make all necessary changes to the court's Case
2 Management/Electronic Case Filing system to ensure that **ANN LUOTTO**
3 **WOLF** is associated with this case and receives all e-mails relating
4 to filings in this case.

5 Dated: August 26, 2016          Respectfully submitted,

6                                 EILEEN M. DECKER
                                  United States Attorney
7
                                  DENNISE D. WILLETT
8                                 Assistant United States Attorney
                                  Chief, Santa Ana Branch Office
9

10                                       /s/
                                  ANN LUOTTO WOLF
11                                Assistant United States Attorney

12                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA