EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DANIEL H. AHN (Cal. Bar No. 235023)
Assistant United States Attorney
Santa Ana Branch Office
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone: (714) 338-3539
    Facsimile: (714) 338-3561
    E-mail:    daniel.ahn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>DAVID LORENZO GARCIA, JR.,<br><br>      Defendant. | No. CR 15-00707-R-JLS-4<br><br>GOVERNMENT'S NOTICE OF APPEARANCE BY ELECTRONIC FILING |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Criminal Division of the Department of Justice, respectfully submits the Notice of Appearance for the following additional attorney by electronic filing:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **Additional Assigned AUSA** | DANIEL H. AHN | daniel.ahn@usdoj.gov |

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that **Daniel H. Ahn** is associated with this case and receives all e-mails relating to filings in this case.

Dated: August 26, 2016         Respectfully submitted,

EILEEN M. DECKER
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

           /s/
_____
DANIEL H. AHN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA