UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-00707-R-JLS-4 | Date | September 22, 2016 |
|---|---|---|---|

Present: The Honorable **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE**

Interpreter  None

| Dwayne Roberts | Deborah Parker | Daniel Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

Matthew Markowski, Pretrial Services Officer, present in court.

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DAVID LORENZO GARCIA, JR. | X | | X | Chad Nardiello, CJA | X | | X |

**Proceedings:** CHANGE OF PLEA - (CASA PROGRAM)

 X    Defendant withdraws his initial plea of guilty to count 6 of the Indictment. Defendant moves to plead guilty to **lesser included charge of Count 6 of the Indictment**, which charges defendant with Possession with Intent to Distribute Methamphetamine in violation of **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**.

 X    Defendant sworn, and states true name as charged.

 X    Defendant enters plea of GUILTY to **lesser included charge of Count 6 of the Indictment**, **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**, Possession with Intent to Distribute Methamphetamine.

 X    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

 X    The Court ORDERS the First Amended Plea Agreement and CASA Program Contract incorporated into this proceeding.

 X    The Court defers setting any sentencing date until after the defendant has completed the CASA Program. A **Status Conference** is set for **September 26, 2016 at 3:30 p.m.** Defendant is ordered to appear.

 X    The Court ORDERS the defendant released on the same terms and conditions as previously set.

 X    Erica Pimentel, Pretrial Services, and Joan Politeo, FDPD (CASA team) also present.

00 : 40

Initials of Deputy Clerk  dr

cc: **PSA**